IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| VICKIE RICE, | § | |
| Plaintiff, | § § § | |
| vs. | § § | CASE NO. 6:11cv63 LED-JDL |
| ALEXANDER C. GRANT, et al., | § § § | |
| Defendants. | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. The Report and Recommendation of the Magistrate Judge ("Report"), which contains his proposed findings of fact and recommendation for the disposition of such action, has been presented for consideration (Doc. No. 29). The Magistrate Judge recommends dismissing all Defendants for lack of proper service. The Magistrate Judge further recommends dismissing the action for (1) failure to prosecute and (2) failure to comply with a Court Order. The parties have made no objections to the Report and Recommendations. The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court.

**So ORDERED and SIGNED this 3rd day of January, 2012.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**